### MAY 4, 1962

**No. 66750.**—A. Zerkowitz & Co., Inc. *v.* United States, protests 61/16530, etc.— —Abstract 66641. Plaintiff's application for rehearing granted.

### MAY 9, 1962

**No. 66751.**—W. J. Byrnes & Co., Inc., and S. Schonfeld Co., Inc. *v.* United States, protest 59/9543. Protest abandoned March 27, 1962. (Not published.) (Initial No. 59/22139.) Plaintiffs' application for rehearing granted.

### MAY 10, 1962

**No. 66752.**—Empire Findings Co., Inc. *v.* United States, protests 61/210, 61/14152, and 61/15742. Protests abandoned March 13, 1962. (Not published.) (Initial No. 60/11012.) Plaintiff's application for rehearing granted.

**No. 66753.**—Hershey & Co. *v.* United States, protest 61/4045. Protest abandoned March 13, 1962. (Not published.) (Initial No. 286583–K.) Plaintiff's application for rehearing granted.

**No. 66754.**—Tafco Commercial, Inc. *v.* United States, protests 303116–K, etc. Protests abandoned March 12, 1962. (Not published.) (Initial No. 58/13402.) Plaintiff's application for rehearing granted.

**No. 66755.**—Gramercy Guild Group, Inc. *v.* United States, protests 59/28799, 59/30082, and 60/11169. Protests abandoned March 12, 1962. (Not published.) (Initial No. 58/13402.) Plaintiff's application for rehearing granted.

### BEFORE THE FIRST DIVISION, MAY 14, 1962

**No. 66756.**—Allied Display Materials, Inc. *v.* United States, protest 61/11685 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of strings of beads similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.